# Court of Appeals
# of the State of Georgia

ATLANTA, September 15, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0036. GENEVA STONE v. THE STATE.**

In November 2013, Geneva Stone pled guilty to forgery. She later filed a motion to withdraw the plea, which the trial court denied. Stone now seeks discretionary review in this Court.

An order denying a motion to withdraw a guilty plea may be appealed directly. See *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008). We will grant a timely-filed application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Stone shall have ten days from the date of this order to file a notice of appeal in the trial court. If she has already filed a notice of appeal in the trial court, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/15/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*